■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT BRETTSCHNEIDER, on Behalf of SCOTT FLEMING, Petitioner, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [644 NYS2d 641]

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN GEDULDIG, on Behalf of ALFRED MANCUSO, Petitioner, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [644 NYS2d 642]

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Bracken, J. P., Krausman, Goldstein and Luciano, JJ., concur.